UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

........................................................

| | |
|---|---|
| ANAND DASRATH, | ORDER OF DISCONTINUANCE |
| Plaintiff(s), | 02 CV 3889 (CBA) (VVP) |
| -against- | |
| NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, | |
| Defendant(s), | |

........................................................

AMON, J.

At a conference held this date, the parties reported that the above action has been settled and the terms of the settlement were placed on the record, it is

ORDERED that the action is hereby discontinued without prejudice to the right to reopen the action if the settlement is not consummated.

SO ORDERED.

Dated:   Brooklyn, New York
         October 4, 2004

                                              _____
                                              Carol Bagley Amon
                                              United States District Judge

cc:
Brian Saltz
ACC Alecia Walters